No. 46943.—Protests 74155–K, etc., of Winsor & Newton, Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel that the containers in question are the same as those the subject of Abstract 46411 they were held dutiable as containers not specially provided for, not plated, at 22½ percent under paragraph 397 by virtue of the British Trade Agreement (T. D. 49753).